# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PATTY COBLENTZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO 05-0169-BH-L** |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 24, 2005, is **ADOPTED** as the opinion of this Court.

It is **ORDERED**, **ADJUDGED** and **DECREED** that this case be and hereby is remanded to the Social Security Administration pursuant to sentence six of § 205(g) and § 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings consistent with this Order.

**DONE** this 25th day of July, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
