# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATTY COBLENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO 05-0169-BH-L |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this case be and hereby is remanded to the Social Security Administration pursuant to sentence six of § 205(g) and § 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings consistent with this Order.

**DONE** this 25th day of July, 2005.

                 s/ W. B. Hand
                 SENIOR DISTRICT JUDGE